**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 03-1978**

―――――――――

LINDA M. WRIGHT,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior
District Judge. (CA-02-62-2)

―――――――――

Submitted:  January 14, 2004          Decided:  February 13, 2004

―――――――――

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Linda M. Wright, Appellant Pro Se.  Mona M. Bennett, SOCIAL
SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, Sara Bugbee
Winn, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Linda M. Wright seeks review of the district court's decision, adopting the magistrate judge's recommendation, affirming the Commissioner's denial of social security disability benefits pursuant to 20 C.F.R. § 404.1520(f) (2003).  Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error.  In addition, we decline to consider the new evidence that Wright submitted on appeal  because it fails to meet the requirements set forth in Borders v. Heckler, 777 F.2d 954, 955 (4th Cir. 1985).  Accordingly, we affirm the district court's order.  See Wright v. Barnhart, No. CA-02-62-2 (W.D. Va. July 29, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED